FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2026

SEAN F. McAVOY, CLERK

Todd Blanche
Deputy Attorney General of the United States
Michael J. Ellis
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUNIOR DICK,<br><br>Defendant. | 2:26-CR-31-TOR<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. §§ 113(a)(7), 1153<br>Assault Resulting in Substantial Bodily Injury to an Intimate and Dating Partner in Indian Country |

The Grand Jury charges:

On or about January 1, 2026, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian Country, the Defendant, JUNIOR DICK, an Indian, did intentionally assault K.I., the

//

//

//

//

INDICTMENT – 1

Defendant's intimate partner and dating partner, resulting in substantial bodily injury to K.I., all in violation of 18 U.S.C. §§ 113(a)(7), 1153.

DATED this ___ day of March, 2026.

A TRUE BILL

Todd Blanche
Deputy Attorney General of the United States

Alison L. Gregoire
Criminal Chief

Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 2