# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
## Yakima

**USA v.  JUNIOR DICK**                    **Case No.    2:26-CR-0031-TOR-1**

Spokane Video Conference (ACE @ Yakima; Counsel and Defendant @ Spokane)
Defendant consented to appear via video conference

## Initial Appearance and Arraignment on Indictment:          03/23/2026

☒  Melissa Orosco, Courtroom Deputy [S]          ☒  Michael Ellis, US Atty
☒  Pam Howard, Courtroom Deputy [Y]          ☒  Katie Kitchen, Defense Atty
☒  Patrick J. Dennis, US Probation / Pretrial          ☒  Interpreter **NOT REQUIRED**
     Services Officer
☒  Defendant present ☒ in custody USM

---

☒  USA Motion for Detention          ☒  Rights given
☐  USA not seeking detention          ☒  Acknowledgment of Rights filed
☒  Financial Affidavit (CJA 23) filed          ☒  Defendant received copy of Indictment
☒  The Court will appoint the Federal Defenders          ☒  Defendant waived reading of Indictment
☐  Based upon conflict with Federal Defenders, the          ☐  Indictment read in open court
     Court will appoint a CJA Panel Attorney
☐  Pretrial Services Report ordered          ☒  Supplemental Pretrial Services Report authorized
          ☐  AO199c Advice of Penalties & Sanctions filed

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is JUNIOR DICK.

Defendant was advised of his rights and the allegations contained in the Indictment.

"Not guilty" plea entered.

Based on information provided in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

Government has filed a motion for detention.

Defendant requested a detention hearing be set.

**The Court ordered:**
1.  Discovery to be provided according to Local Rules on discovery.

---

2.  Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
3.  Detention hearing set on March 25, 2026, at 1:30 p.m.
4.  Supplemental Pretrial Services Report authorized.
5.  Defendant remanded to custody of the U.S. Marshal until further order of the Court.

**Detention Hearing:**
**03/25/2026 @ 1:30 P.m. [S/JAG]**