AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

RECEIVED
UNITED STATES MARSHAL
2026 MAR 19  AM 7:46
EASTERN WASHINGTON
SPOKANE

|  |  |  |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | Case No.   2:26-CR-31-TOR-1 |
| JUNIOR DICK | | |
| *Defendant* | | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 24, 2026**

SEAN F. McAVOY, CLERK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ JUNIOR DICK _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 113(a)(7), 1153 Assault Resulting in Substantial Bodily Injury to an Intimate and Dating Partner in Indian Country

Date: Mar 18, 2026, 5:21 pm

_____
*Issuing officer's signature*

City and state:   Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* ___3/19/26___ , and the person was arrested on *(date)* ___3/20/26___
at *(city and state)* ___Coulee City, WA___ .

Arrested within the E/WA
BY:  FBI _____
        (Agency)

Date:  3/20/26 _____

_____
*Arresting officer's signature*
Executed On:   3/20/26

Sign: *Reagan K. Schraner, USMS*
*Printed name and title*